UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

LOVEPREET SINGH,

    Petitioner,

v.                                      No. 1:26-CV-060-H

WARDEN OF BLUEBONNET
DETENTION FACILITY,[1]

    Respondent.

### ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE

Before the Court is the petitioner's petition for a writ of habeas corpus. Dkt. No. 1. The Court finds good cause to give the respondent 20 days to respond to this Show-Cause Order. *See* 28 U.S.C. § 2243. Therefore, the respondent is ordered to file an answer that shows cause why the petitioner's writ should not be granted by no later than March 2, 2026. The respondent must file with the answer all records relevant to the resolution of the petitioner's habeas petition. The petitioner may file a reply to the respondent's answer by no later than March 16, 2026. The Court will determine whether a hearing is necessary after it reviews the respondent's answer and petitioner's reply.[2]

In addition, the respondent is ordered to file, by no later than 12:00 p.m. CT on February 11, 2026, a notice addressing whether the government will commit not to remove the petitioner pending the Court's resolution of the petitioner's habeas petition (Dkt. No. 1).

---

[1] The Clerk is directed to change the caption to reflect that the Warden of Bluebonnet Detention Facility is the only proper respondent. *See Rumsfeld v. Padilla*, 542 U.S. 426, 434–35 (2004) (explaining that there is generally only one proper respondent in a habeas case, and that is the person who holds the petitioner in custody). All other named respondents will be terminated from this civil action.

[2] The respondent is directed to address the impact, if any, of the petitioner's Employment Authorization Document. *See* Dkt. No. 1-4.

The respondent's notice should also address what notice, if any, the respondent will give the petitioner's counsel and the Court prior to moving the petitioner outside the Court's jurisdiction.

Service of this Order, as well as the petition and its attachments (Dkt. Nos. 1-1 to 1-6), shall be made by the petitioner on the United States Attorney for the Northern District of Texas, Ryan Raybould, by 5:00 p.m. CT on February 10, 2026, which shall constitute good and sufficient service on the respondent.

So ordered on February 10, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE