UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

LOVEPREET SINGH,

    Petitioner,

v.   No. 1:26-CV-060-H

WARDEN OF BLUEBONNET
DETENTION FACILITY,

    Respondent.

## NOTICE OF DEFICIENCY

Before the Court is the petitioner's petition for a writ of habeas corpus. Dkt. No. 1. The petition contains a digital comment left by counsel on page 4, which suggests that the petition may be incomplete. Therefore, the Court orders counsel to file an amended habeas petition on or before February 12, 2026 removing the comment and raising all facts and claims relevant to the habeas petition.

In addition, the Court orders the petitioner to address in his reply to the respondent's answer whether the petitioner's claim arising under the INA is foreclosed by *Buenrostro-Mendez v. Bondi*, ___ F.4th ___, Nos. 25-20496 & 25-40701, 2026 WL 323330 (5th Cir. Feb. 6, 2026).

So ordered on February 10, 2026.

                                                                                      JAMES WESLEY HENDRIX
                                                                                       UNITED STATES DISTRICT JUDGE