UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

LOVEPREET SINGH,

    Petitioner,

v.

WARDEN OF THE BLUEBONNET
DETENTION FACILITY, et al.,

    Respondents.

No. 1:26-CV-060-H

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 16. The joint stipulation is approved. It is ordered that Lovepreet Singh's amended petition for a writ of habeas corpus (Dkt. No. 7) is dismissed without prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on July __8__, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE